05-CR-05626-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> RONALD H. SKILBECK, ) <br> ) <br> Defendant. ) <br> ) | Case No.: CR05-5626 <br><br> ORDER FOR DISMISSAL |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon the United States Attorney for the Western District of Washington hereby dismisses the Information filed on March 6, 2005, charging violation of Title 18, United States Code, Sections 7 and 930, possess a firearm on a Federal Installation where Federal employees are regularly present for the purpose of performing their official duties, against Defendant, RONALD H. SKILBECK.

DATED this 4th day of November, 2005.

JOHN McKAY
United States Attorney

R. B. STALEY
Special Assistant U. S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

DATED this 7th day of November, 2005.

UNITED STATES MAGISTRATE JUDGE

Page 1 of 1 – ORDER FOR DISMISSAL
USA v. SKILBECK
CR05-5626

Special Asst. U. S. Attorney
Naval Base Kitsap
1103 Hunley Road
Silverdale, WA 98315-1103
(360) 396-6126